IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DAVID SHARPE,

       Appellant,

v.

MARIA SHARPE,

       Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-5018

_____/

Opinion filed March 18, 2015.

An appeal from the Circuit Court for Levy County.
Mary Day Coker, Judge.

David Sharpe, pro se, Appellant.

Beth Gordon of The Gordon Law Firm, Williston, for Appellee.

PER CURIAM.

     AFFIRMED.

LEWIS, C.J., MARSTILLER and OSTERHAUS, JJ., CONCUR.